1  ROBERT R. CROSS (State Bar No. 56814)
   E-Mail:     *rcross@sideman.com*
2  ALISHA M. LOUIE (State Bar No. 240863)
   E-Mail:     *alouie@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:  (415) 392-1960
5  Facsimile:  (415) 392-0827

6  Attorneys for Plaintiff
   IGUACU, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IGUACU, INC., | CASE NO. C **09-0380 PJH – (EMC)** |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date:  March 18, 2010 |
| ANTONIO CABRERA MANO FILHO, | Time:  2:00 p.m. |
| Defendant. | |

Plaintiff IGUACU, INC. respectfully requests that the Court continue the Case Management Conference, presently scheduled for 2:00 p.m., March 18, 2010, for a period of at least 90 days. Plaintiff's application for issuance of a right to attach order and writ of attachment was recently assigned to Magistrate Judge Chen and no hearing date has been set. Plaintiff's Brazilian counsel estimates that it will take another 12-18 months to complete the Letters Rogatory proceeding for service of the Complaint and Summons in Brazil. See Declaration of Leonardo Canabrava Turra, filed March 3, 2010, ¶ 1 (Docket No. 24). Accordingly, no actions are

/ / /

/ / /

/ / /

/ / /

1 anticipated in this Court for an indefinite period and a Case Management Conference at this time is not likely to be productive.

DATED: March 12, 2010

SIDEMAN & BANCROFT LLP
ROBERT R. CROSS
ALISHA M. LOUIE

By: /s/ *Robert R. Cross*
Robert R. Cross
Attorneys for Plaintiff
IGUACU, INC.

6667-1\943753v1

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 6/17/10 AT 2:00 P.M.

3/15/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C 09-0380 PJH
PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE