1  EDWARD P. SANGSTER (State Bar No.121041)
   CLAUDIA A. QUIROZ (State Bar No. 254419)
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Telephone: 415.882.8200
4  Facsimile: 415.882.8220
   ed.sangster@klgates.com
5  claudia.quiroz@klgates.com

6  Attorneys for Defendant ANTONIO CABRERA MANO FILHO

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| IGUAÇU, INC., | Case No. CV 09-0380 RS (EMC) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT** |
| v. | |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

STIPULATION SETTING DEADLINE TO OBJECT TO RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE
OF WRIT OF ATTACHMENT; CASE NO. CV 09-0380 RS (EMC)

Pursuant to Local Rules 6-1(b) and 7-12, Plaintiff Iguaçu, Inc. ("Iguaçu") and Defendant Antonio Cabrera Mano Filho, by and through their respective attorneys, hereby stipulate to the following: Mr. Cabrera has only recently retained K&L Gates, LLP to represent him in this action, his attorneys have not yet obtained complete files relating to this action, and the deadline for Mr. Cabrera to object under the notice requirements in paragraph 3 of the Right to Attach Order and Order for Issuance of Writ of Attachment entered May 20, 2010 ("RTAO") is not clear. Accordingly, the parties stipulate that Mr. Cabrera shall file and serve any objection to the RTAO on or before Wednesday, June 30, 2010.

SO STIPULATED.

K&L GATES LLP

Dated: June 1, 2010        By: /s/ Edward P. Sangster
                               Edward P. Sangster
                               Claudia A. Quiroz
                               Attorneys for Defendant ANTONIO
                               CABRERA MANO FILHO

SIDEMAN & BANCROFT, LLP

Dated: MAY 27, 2010        By: /s/ Robert R. Cross
                               Robert R. Cross
                               Attorney for Plaintiff IGUAÇU, INC.

**ORDER**

IT IS SO ORDERED.

Dated: 6/16, 2010          By: /s/
                               Hon. _____
                               UNITED STATES _____ JUDGE

*IT IS SO ORDERED. Judge Edward M. Chen*

SF-212318 v2

---

1

STIPULATION SETTING DEADLINE TO OBJECT TO RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT; CASE NO. CV 09-0380 RS (EMC)