1  EDWARD P. SANGSTER (State Bar No.121041)
   ed.sangster@klgates.com
2  CLAUDIA A. QUIROZ (State Bar No. 254419)
   claudia.quiroz@klgates.com
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, CA  94111
   Telephone: 415.882.8200
5  Facsimile: 415.882.8220

6  Attorneys for Defendant ANTONIO CABRERA MANO FILHO

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 IGUACU, INC.,                          Case No. C 09-0380 RS (EMC)

11              Plaintiff,                ~~STIPULATION FOR ENTRY OF~~ ORDER
                                          STAYING RIGHT TO ATTACH ORDER
12       v.                               AND ORDER FOR ISSUANCE OF WRIT
                                          OF ATTACHMENT
13 ANTONIO CABRERA MANO FILHO,

14              Defendant.

15

~~STIPULATION FOR ENTRY OF~~ ORDER STAYING EXECUTION ON RIGHT TO ATTACH ORDER AND
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT - Case No. C-09-0380 RS (EMC)

Defendant Antonio Cabrera Mano Filho ("Mr. Cabrera") and Plaintiff Iguacu, Inc. ("Iguacu") (collectively, the "Parties") hereby stipulate to entry of an order staying enforcement of the Right to Attach Order ("RTAO") issued *ex parte* by this Court pending a hearing on Mr. Cabrera's objections and motion to vacate the RTAO. This Stipulation is based on the following facts:

1. On May 20, 2010, the Court issued the RTAO *ex parte* in favor of Iguacu [Dkt. No. 53]. The RTAO granted an attachment totaling approximately $1.8 million, and provided that "Any objection by Defendant to this Order shall be filed with the Court and served on Plaintiff's counsel no later than thirty (30) days" after service in Brazil.

2. After Mr. Cabrera engaged local counsel, the parties stipulated that any objection to the RTAO would be filed on or before June 30, 2010.

3. On June 30, 2010, Mr. Cabrera filed his Objections and a Motion to Vacate the RTAO (the "Motion to Vacate").

4. According to the clerk of court, the first available hearing date for Mr. Cabrera's Objections and Motion to Vacate is not until September 8, 2010. The Parties have discussed the possibility of Mr. Cabrera filing an Ex Parte Application for Order Shortening Time for hearing on the Objections and the Motion to Vacate. In lieu of such a motion, the Parties have agreed that Iguacu will refrain from executing or levying on a Writ of Attachment until such time as Mr. Cabrera has had the opportunity to be heard on the Objections and the Motion to Vacate. As a result, Mr. Cabrera will not need to seek an order shortening time.

5. In consideration of the foregoing, the Parties hereby stipulate to entry of an order stating that Iguacu shall not attempt to execute on or levy pursuant to any Writ of Attachment until after Mr. Cabrera's Objections and Motion to Vacate have been heard, and this Court has issued a ruling thereon. Currently, the hearing on the Objections and Motion to Vacate is scheduled for September 8, 2010.

6. The Parties further stipulate that Iguacu shall have the right to terminate this Stipulation and seek to enforce any Writ of Attachment issued pursuant thereto if the

1
**STIPULATION FOR ENTRY OF ORDER STAYING EXECUTION ON RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT** - Case No. C-09-0380 RS (EMC)

1  circumstances so justify, provided that Iguaçu provides seven (7) days written notice to Mr.
2  Cabrera's counsel of its intention to terminate the Stipulation.
3       7.     In the event that Iguaçu provides Mr. Cabrera's counsel with notice of intent to
4  terminate this Stipulation, Mr. Cabrera shall have the right to seek relief from this Court,
5  including an order shortening time for an order staying enforcement of the RTAO and/or any Writ
6  of Attachment issued pursuant thereto, pending the outcome of the hearing on his Objections and
7  the Motion to Vacate.

9  IT IS SO STIPULATED.

                                    K&L GATES LLP

Dated: July 1, 2010             By:    /s/ Edward P. Sangster
                                    Edward P. Sangster
                                    Claudia A. Quiroz
                                    Attorneys for Defendant ANTONIO
                                    CABRERA MANO FILHO


                                    SIDEMAN & BANCROFT, LLP


Dated: July 2, 2010             By:    /s/ Robert R. Cross
                                    Robert R. Cross
                                    Attorney for Plaintiff IGUACU, INC.


IT IS SO ORDERED.


Dated:  7/8    , 2010
                                    _____
                                    Hon. [Judge Edward M. Chen]

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2
STIPULATION FOR ENTRY OF ORDER STAYING EXECUTION ON RIGHT TO ATTACH ORDER AND

**Other Documents**
3:09-cv-00380-RS Iguacu, Inc. v. Filho
ADRMOP, E-Filing, REFDIS

## U.S. District Court
## Northern District of California
### Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Quiroz, Claudia entered on 7/2/2010 4:42 PM and filed on 7/2/2010

**Case Name:** Iguacu, Inc. v. Filho
**Case Number:** 3:09-cv-00380-RS
**Filer:** Antonio Cabrera Mano Filho
**Document Number:** 68

**Docket Text:**
**STIPULATION** *for Entry of Order Staying Right to Attach Order and Order for Issuance of Writ of Attachment* **by Antonio Cabrera Mano Filho. (Quiroz, Claudia) (Filed on 7/2/2010)**

**3:09-cv-00380-RS Notice has been electronically mailed to:**

Claudia Angelica Quiroz    claudia.quiroz@klgates.com

Edward Patrick Sangster    ed.sangster@klgates.com, gail.lapurja@klgates.com, margarita.reyes@klgates.com

Robert Reeves Cross    rcross@sideman.com, jorourke@sideman.com

**3:09-cv-00380-RS Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\07-02-10 CABRERA Stipulation for Entyr of Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/2/2010] [FileNumber=6507185-0] [
6af4d913e45481b5d4c748dfd5a7d194881f46b840fe60d66c6dda2956f2863e55d58f
be839c8cac682bae3d2253ea96aecd8802358aa66cade8f49ec241df05]]