1  EDWARD P. SANGSTER (State Bar No.121041)
   ed.sangster@klgates.com
2  CLAUDIA A. QUIROZ (State Bar No. 254419)
   claudia.quiroz@klgates.com
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone: 415.882.8200
5  Facsimile: 415.882.8220

6  Attorneys for Defendant ANTONIO CABRERA MANO FILHO

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 IGUAÇU, INC.,                              Case No. C 09-0380 RS (EMC)

11            Plaintiff,                      **STIPULATION AND [PROPOSED] ORDER
                                              CONTINUING CASE MANAGEMENT
12     v.                                     CONFERENCE**

13
   ANTONIO CABRERA MANO FILHO,
14
              Defendant.
15

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Counsel for the parties hereby stipulate and request that the Case Management Conference in this matter, currently set for September 23, 2010, be continued to October 7, 2010 for the following reasons. Counsel for Defendant is attempting to take a vacation that week that had been previously cancelled, and the Case Management Conference is the only conflict that would otherwise prevent counsel from taking the vacation. In addition, counsel for Plaintiff is currently awaiting assignment for trial in San Francisco Superior Court, and, subject to possible agreement to refer the matter to arbitration, expects to be in trial for 2 to 3 weeks following assignment. Accordingly, counsel request that the Case Management Conference be continued to October 7, 2010, or such other date as is convenient with the Court.

Counsel have already met and conferred in person in preparation for the Case Management Conference and preparation of a discovery plan.

The Court has not granted any postponements of Case Management Conferences since service of process on Mr. Cabrera was completed. Prior to service of process on Mr. Cabrera, the Court continued a case management conference once.

**SO STIPULATED.**

K&L GATES LLP

Dated: September 7, 2010      By:   /s/ Edward P. Sangster
                                    Edward P. Sangster
                                    ed.sangster@klgates.com
                                    Claudia A. Quiroz
                                    claudia.quiroz@klgates.com
                                    Attorneys for Defendant ANTONIO
                                    CABRERA MANO FILHO

SIDEMAN & BANCROFT, LLP

Dated: September 7, 2010      By:   [signature]
                                    Robert R. Cross
                                    Attorney for Plaintiff IGUACU, INC.

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

## ORDER

**IT IS SO ORDERED.**

Dated: 9/9 , 2010

By: _____
Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE