UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGUACU INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ANTONIO CABRERA MANO FILHO, <br><br> Defendant(s). | No.  C09-0380 RS (BZ) <br><br> **ORDER DENYING REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

The joint application to continue the settlement conference is **DENIED** inasmuch as Judge Seeborg **ORDERED** the conference to occur before **January 7, 2011**. Any requests for continuance into March should be addressed to Judge Seeborg.

Dated: December 10, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2010\IGUACU ORD DENY RQST TO CONTINUE SETT CONF.wpd