**\*\*E-filed 12/14/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUAÇU, INC., | No. C 09-0380 RS (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SETTLEMENT CONFERENCE SCHEDULING** |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

Pursuant to the parties' stipulated request, and good cause appearing, the time for the parties to complete a settlement conference is extended to April 1, 2011. The parties are responsible for scheduling a specific date with Judge Zimmerman's chambers and in accordance with his procedures.

IT IS SO ORDERED.

Dated: 12/14/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE