EDWARD P. SANGSTER (State Bar No.121041)
ed.sangster@klgates.com
CLAUDIA A. QUIROZ (State Bar No. 254419)
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant ANTONIO CABRERA MANO FILHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGUAÇU, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO CABRERA MANO FILHO,<br><br>　　　　　Defendant. | Case No. C 09-0380 RS (EMC)<br><br>**APPLICATION FOR ORDER EXCUSING DEFENDANT ANTONIO CABRERA MANO FILHO FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Settlement Conference Date: December 23, 2010<br>Time: 9:00 a.m.<br>Courtroom: G<br>Judge: Hon. Magistrate Judge Zimmerman |

1

**APPLICATION FOR ORDER EXCUSING DEFENDANT CABRERA FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE; CASE NO. CV 09—0380 RS (EMC)**

Pursuant to the Court's Order Scheduling Settlement Conference dated October 18, 2010, Defendant Antonio Cabrera Mano Filho requests that the Court excuse his personal attendance at the Settlement Conference currently set for December 23, 2010. This request is made on the grounds that Mr. Cabrera will suffer substantial hardship by having to travel to San Francisco for the Settlement Conference.

Mr. Cabrera is a Brazilian citizen who resides in Brazil. Although Mr. Cabrera signed an agreement with plaintiff containing a forum-selection clause designating San Francisco, California as the location for resolving disputes, Mr. Cabrera has never traveled to California and has only been to the United States on a few occasions. Travel from Brazil to the United States is costly and burdensome. Mr. Cabrera lives in the Brazilian countryside in a city named São José do Rio Preto, which would require him to travel first by car to the city of São Paulo, the nearest city to him with an international airport. The distance between these two cities is 443 kilometers (which is equivalent to 275 miles), with a travel time of approximately five hours and twelve minutes. Declaration of Claudia A. Quiroz in Support of Application for Order Excusing Defendant Antonio Cabrera Mano Filho from Personal Attendance at Settlement Conference ("Quiroz Decl."), filed concurrently herewith, ¶ 2, Exh. A. From São Paulo, Mr. Cabrera would have to fly to San Francisco via Brasilia, Belo Horizonte, or Rio de Janeiro and either Miami, Las Vegas, or Dallas, a trip that is approximately 20 hours long. Quiroz Decl., ¶ 3, Exh. B. Accordingly, the entirety of Mr. Cabrera's trip from his home town to San Francisco would take approximately 25 hours. In terms of cost, a search on www.expedia.com reveals that a round trip departing on Wednesday, December 22, 2010 and returning on Friday, December 24, 2010 costs approximately $2,700.00 to $4,100.00. Id.

In addition, the scheduling of the settlement conference makes his personal attendance particularly burdensome. Christmas is the most important holiday in Brazil and people are expected to gather with their families to celebrate. If the Court required Mr. Cabrera to appear in person on December 23, 2010, he would necessarily be in transit back to his home on Christmas Eve, Christmas Day, or both, and would be unable to spend time with his family—including his family dinner and exchange of gifts—and fulfill his religious responsibilities with his community.

2

APPLICATION FOR ORDER EXCUSING DEFENDANT CABRERA FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE; CASE NO. CV 09—0380 RS (EMC)

1  Due to the extreme burden and cost of traveling from Brazil to San Francisco, Mr. Cabrera
2  respectfully requests that he not be required to attend the Settlement Conference in person. Mr.
3  Cabrera is interested in reaching an informal resolution of this case and wishes the Settlement
4  Conference to continue with the presence of his counsel; he will be available by telephone during the
5  course of the conference, should his counsel need to be in touch with him. To that end, Mr. Cabrera
6  has authorized his counsel to act on his behalf at the Settlement Conference. Quiroz Decl. ¶ 4.
7  Lead trial counsel will attend the December 23, 2010 Settlement Conference.

Respectfully submitted,

K&L GATES LLP

Dated: December 2, 2010       By: _____
                                   Edward P. Sangster
                                   ed.sangster@klgates.com
                                   Claudia A. Quiroz
                                   claudia.quiroz@klgates.com
                                   Attorneys for Defendant ANTONIO
                                   CABRERA MANO FILHO

### [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERD that Defendant Antonio Cabrera Mano Filho is excused from personally attending the December 23, 2010 Settlement Conference.

Dated: _____, 2010       _____
                                   Honorable Bernard Zimmerman
                                   United States Magistrate Judge

DENIED AS MOOT.

Dated: 12/15/2010

[STAMP: DENIED — Judge Bernard Zimmerman — United States District Court, Northern District of California]