# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGUACU, INC., | CASE NO. C 09-0380 RS (BZ) |
| Plaintiff, | [PROPOSED] *AMENDED* **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

Pursuant to the Joint Application of the parties, the Settlement Conference presently set for December 23, 2010 is continued to March 17, 2011 at 9:00 a.m., in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Except as provided above, all requirements of the Order Scheduling Settlement Conference filed October 18, 2010 (Doc. 96) shall apply to the rescheduled Settlement Conference.

Dated: December 15, 2010

~~Richard Seeborg~~ Bernard Zimmerman
United States Magistrate Judge

6620-1\1111588v2

Case No. C 09-0380 RS (BZ)
*AMENDED* ORDER CONTINUING SETTLEMENT CONFERENCE