EDWARD P. SANGSTER (State Bar No.121041)
ed.sangster@klgates.com
CLAUDIA A. QUIROZ (State Bar No. 254419)
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant ANTONIO CABRERA MANO FILHO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IGUAÇU, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>ANTONIO CABRERA MANO FILHO,<br><br>                    Defendant. | Case No. C 09-0380 RS (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JANUARY 13, 2011 TO APRIL 7, 2011** |
|---|---|

  Plaintiff Iguaçu, Inc. ("Iguaçu") and Defendant Antonio Cabrera Mano Filho ("Mr. Cabrera") jointly request that the Further Case Management Conference currently set for Thursday, January 13, 2011, be continued to April 7, 2011, for the following reasons:

  1. On October 7, 2010, the Court issued a Case Management Scheduling Order referring the case to a Magistrate Judge for a Settlement Conference.  The Court ordered that the settlement conference had to be completed no later than ninety days from the entry of the Court's order.  [Dkt. No. 95.]  The Court also set a Further Case Management Conference for January 13, 2011.

  2. On December 13, 2010, the parties filed an Amended Joint Application to Continue the Settlement Conference, which was scheduled for December 23, 2010.  [Dkt. No. 109].  On December 14, 2010, the Court extended the time for the parties to complete the settlement conference to April 1, 2011 pursuant to the parties' stipulated request. [Dkt. No. 110].  On December 15, 2010, Honorable Magistrate Judge Bernard Zimmerman continued the Settlement Conference from

December 23, 2010 to March 17, 2011 pursuant to the Joint Application of the parties.  [Dkt. No. 113].

    3.    Iguaçu is currently not in a position to analyze the value of its claims for settlement purposes, and does not expect to be able to do so until mid-February 2011 at the earliest. Additionally, the parties will be in a better position to determine their respective subsequent steps in this litigation following the March 17, 2011 settlement conference.

    4.    Accordingly, because the Further Case Management Conference is much more likely to be productive following the Settlement Conference, the parties respectfully request that the Further Case Management Conference currently scheduled for January 13, 2011 be continued to April 7, 2011 at 10:00 a.m.

IT IS SO STIPULATED.

K&L GATES LLP

Dated:  December 22, 2010    By:  */s/ Claudia A. Quiroz*
    Edward P. Sangster
    ed.sangster@klgates.com
    Claudia A. Quiroz
    claudia.quiroz@klgates.com
    Attorneys for Defendant ANTONIO CABRERA MANO FILHO

SIDEMAN & BANCROFT, LLP

Dated:  December 22, 2010    By:  */s/ Robert R. Cross*
    Robert R. Cross
    rcross@sideman.com
    Attorney for Plaintiff IGUACU, INC.

|   |   |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Claudia A. Quiroz, attest that concurrence in e-filing this **STIPULATION AND** |
| 3 | **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM** |
| 4 | **JANUARY 13, 2011 TO APRIL 7, 2011,** has been obtained from signatory Robert R. Cross, in |
| 5 | compliance with General Order 45, X.B. |

K&L GATES LLP

Dated: December 22, 2010     By:  */s/ Claudia A. Quiroz*
                                    Edward P. Sangster
                                    ed.sangster@klgates.com
                                    Claudia A. Quiroz
                                    claudia.quiroz@klgates.com
                                    Attorneys for Defendant ANTONIO
                                    CABRERA MANO FILHO

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference currently set for January 13, 2011 is continued to April 7, 2011, at 10:00 a.m.  The parties shall submit their Joint Case Management Statement at least one week prior to the Conference

**IT IS SO ORDERED.**

Dated: December 22, 2010     By:  [signature]
                                    Honorable Richard Seeborg
                                    UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE; CASE NO. CV 09-0380 RS (EMC)