UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGUACU INC.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>ANTONIO CABRERA MANO FILHO,<br><br>            Defendant(s). | No.  C09-0380 RS (BZ)<br><br>**ORDER EXCUSING CABRERA FROM PERSONALLY ATTENDING SETTLEMENT CONFERENCE** |

No opposition having been received to defendant's request, **IT IS HEREBY ORDERED** that Antonio Cabrera Mano Filho is excused from personally attending the settlement conference. **IT IS FURTHER ORDERED** that defense counsel make all necessary arrangements for defendant to attend by telephone. If the Court concludes that defendant's non-appearance is an obstacle to

///
///
///
///

1

1 | settlement, it may schedule a further conference and order his
2 | appearance.
3 | Dated: January 18, 2011

_____
Bernard Zimmerman
United States Magistrate Judge