Kevin D. Smith (State Bar No. 113633)
Joshua A. Quinones (State Bar No. 186003)
Raffi H. Ohanian (State Bar No. 251433)
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
E-mail: ksmith@wshblaw.com
          jquinones@wshblaw.com
          rohanian@wshblaw.com

Attorneys for Defendant, FRANKE CONSUMER PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of George Cogan and Mary Frances Allen,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GUEST USA, INC.; FRANKE CONSUMER PRODUCTS, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. CV 09-02432 BZ<br><br>[PROPOSED] ORDER<br><br>Complaint Filed: 5/7/09<br>[Assigned for All Purposes to Magistrate Judge Bernard Zimmerman, Courtroom G]<br><br>Trial Date:      3/14/2011 |

Pursuant to Stipulation of the parties, the case of <u>CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU v. FRANKE CONSUMER PRODUCTS, INC.</u>, case no. CV 09-02432 BZ, is hereby dismissed, with prejudice.

DATED: 19/Jan/11

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

LEGAL:05685-0127/1572567.1

-1-

[PROPOSED] ORDER AND STIPULATION OF DISMISSAL