**\*\*E-filed \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUAÇU, INC., | No. C 09-0380 RS |
| Plaintiff, | |
| v. | **ORDER DISCHARGING OSC; REFERING PARTIES TO FURTHER SETTLEMENT CONFERENCE, AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

The order to show cause entered on March 31, 2011 is discharged. As discussed at the hearing, the parties are directed to schedule and participate in a further settlement conference with Judge Zimmerman, and to the extent practicable and subject to Judge Zimmerman's availability, to complete that process within 90 days. A further Case Management Conference shall be held at 10:00 a.m. on October 13, 2011.

IT IS SO ORDERED.

Dated: 07/7/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE