**\*\*E-filed 7/27/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IGUAÇU, INC.,

        Plaintiff,

  v.

ANTONIO CABRERA MANO FILHO,

        Defendant.

No. C 09-0380 RS

**ORDER GRANTING LEAVE TO SEEK RECONSIDERATION**

Plaintiff seeks leave to move for reconsideration of its application for a right to attach order and writ of attachment. Pursuant to Civil Local Rule 7-9, a party wishing to file a motion for reconsideration must first seek leave to do so by motion filed in compliance with the provisions of that rule. The motion for leave requires no response and is not set for hearing unless otherwise ordered. Rule 7-9(d). Because plaintiff instead set this matter for hearing as if it were a motion brought under Rule 7-2, it was not addressed at an earlier time. Defendant has filed an opposition noting the procedural impropriety, and arguing that grounds for reconsideration do not exist, but requesting the opportunity to submit an opposition on the merits, should plaintiff be permitted to seek reconsideration.

Plaintiff's motion for leave to seek reconsideration is granted, and the hearing set for August 4, 2011 is vacated. In view of the fact that plaintiff's motion for leave to seek reconsideration includes its fully-briefed arguments as to why it believes reconsideration should be granted and a

right to attach order and writ of attachment issued, the motion for leave shall be deemed to be the motion for reconsideration.  Any opposition shall be filed within 14 days of the date of this order.  Any reply shall be filed within 7 days of the filing of the opposition.  The motion for reconsideration shall be heard on September 1, 2011 at 1:30 p.m., unless the parties are subsequently notified the matter will instead be taken under submission without oral argument.  This order granting leave to seek reconsideration does not constitute a finding that the prerequisites for reconsideration necessarily have been satisfied.

IT IS SO ORDERED.

Dated: 7/27/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE