ROBERT R. CROSS (State Bar No. 56814)
E-Mail: *rcross@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff
IGUACU, INC.

EDWARD P. SANGSTER (State Bar No.121041)
ed.sangster@klgates.com
CLAUDIA A. QUIROZ (State Bar No. 254419)
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
ANTONIO CABRERA MANO FILHO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGUACU, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>ANTONIO CABRERA MANO FILHO,<br><br>           Defendant. | Case No. C 09-0380 RS<br><br>**JOINT APPLICATION TO EXTEND THE DEADLINE FOR SCHEDULING AND PARTICIPATING IN A FURTHER SETTLEMENT CONFERENCE AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

SF-244146 v2

1    Defendant Antonio Cabrera Mano Filho ("Mr. Cabrera") and Plaintiff Iguacu, Inc. ("Iguacu") jointly request that (1) the October 6, 2011 deadline for participating in a further settlement conference with Magistrate Judge Zimmerman pursuant to the Court's July 8, 2011 order, [Dkt. No. 152], be extended to November 18, 2011; and (2) that the Case Management Conference currently scheduled for October 13, 2011, [Dkt. No. 152], be continued for the following reasons:

   1.    This Court's July 8th order directed the parties that "to the extent practicable, and subject to Judge Zimmerman's availability, to complete [the settlement conference] process within 90 days", [*id.*]—that is, by October 6, 2011.  Judge Zimmerman scheduled a further Settlement Conference for August 16, 2011.  [Dkt. No. 153.]  After full consideration and discussion, the parties do not believe that a meaningful Settlement Conference can be held this soon and schedule conflicts dictate that the deadline be extended and the Settlement Conference be rescheduled to the period between November 1 and November 18, 2011.

   2.    Iguaçu does not believe that a productive Settlement Conference can be held until completion of discovery currently pending, including production of documents requested from Mr. Cabrera and subpoenaed from Archer Daniels Midland Company ("ADM") in Decatur, Illinois.  Mr. Cabrera intends to produce responsive documents in mid-August, but Iguacu cannot presently determine how much time ADM will require to respond to the subpoena, and expects that the process may take several more weeks.  Once responsive documents are received, Iguaçu's counsel will need to review and analyze them in order to quantify the damage claims and evaluate liability issues.

   3.    Mr. Cabrera is a citizen and resident of Brazil; Ms. Seturam, Iguacu's CEO, is living in India to care for her ill mother.  As a result, travel and care arrangements for their attendance must be made well in advance.  It is not feasible for either of them to attend the presently scheduled Settlement Conference, and it is unlikely to be successful without their attendance.

   4.    The earliest that Iguacu believes it could be ready to participate in a productive Conference would be the last week of September; however, Judge Zimmerman's schedule for that week and the first week of November is full, and Mr. Cabrera's counsel has existing schedule conflicts throughout the month of October.  Therefore, the parties agree that the Conference should be

1

**JOINT APP. TO EXTEND DEADLINE FOR SCHEDULING AND PARTICIPATING IN FURTHER SETTLEMENT CONFERENCE AND CONTINUE CMC; [~~PROPOSED~~] ORDER; CASE NO. C-09-0380 RS**

1  held between November 1 and November 18, 2011, so that discovery can be substantially completed,
2  and the principals can arrange to attend.
3       5.     Wherefore, the parties respectfully request that the deadline for scheduling and
4  participating in a further settlement conference with Magistrate Judge Zimmerman be extended to
5  November 18, 2011.  The parties recognize that they are responsible for scheduling a specific date
6  with Judge Zimmerman's chambers and in accordance with his procedures and will plan on
7  making those arrangements directly with Judge Zimmerman upon this Court's approval of the
8  instant application.  The parties are currently in the process of choosing a date that is mutually
9  agreeable.
10      6.     The parties further request that the Case Management Conference currently
11 scheduled for October 13, 2011 be continued to the second week in December after the parties
12 participate in the settlement conference with Judge Zimmerman.

K&L GATES LLP

Dated: August 5, 2011    By:    */s/ Claudia A. Quiroz*
                                Edward P. Sangster
                                Claudia A. Quiroz
                                Attorneys for Defendant ANTONIO
                                CABRERA MANO FILHO


SIDEMAN & BANCROFT, LLP


Dated:  August 5, 2011   By:    */s/ Robert R. Cross*
                                Robert R. Cross
                                Attorney for Plaintiff IGUACU, INC.

2

**JOINT APP. TO EXTEND DEADLINE FOR SCHEDULING AND PARTICIPATING IN FURTHER**

**ECF ATTESTATION**

I, Claudia A. Quiroz, attest that concurrence in e-filing this **JOINT APPLICATION TO EXTEND THE DEADLINE FOR SCHEDULING AND PARTICIPATING IN A FURTHER SETTLEMENT CONFERENCE AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** has been obtained from signatory Robert R. Cross, in compliance with General Order 45, X.B.

K&L GATES LLP

Dated: August 5, 2011        By:        */s/ Claudia A. Quiroz*
                                        Claudia A. Quiroz

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the deadline for scheduling and participating in a further settlement conference with Magistrate Judge Zimmerman shall be extended to November 18, 2011.

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for October 13, 2011 be continued to December 15, 2011.

IT IS SO ORDERED.

Dated: __8/5_____, 2011        _____
                                        Honorable Richard Seeborg
                                        United States District Judge

3

**JOINT APP. TO EXTEND DEADLINE FOR SCHEDULING AND PARTICIPATING IN FURTHER**