EDWARD P. SANGSTER (State Bar No.121041)
ed.sangster@klgates.com
DAVID MISHEL (STATE BAR NO. 48345)
david.mishel@klgates.com
CLAUDIA A. QUIROZ (State Bar No. 254419)
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant ANTONIO CABRERA MANO FILHO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IGUAÇU, INC., | Case No. C 09-0380 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR TWO DAY EXTENSION OF DEADLINE FOR FILING REPLY BRIEF AND FOR ONE WEEK CONTINUANCE OF HEARING ON MOTION FOR RECONSIDERATION OF ISSUANCE OF RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACHMENT** |
| v. | |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |
| | Date:     **September 1, 2011**<br>Time:    **1:30 p.m.**<br>Dept.:   **Courtroom 3, 17th Floor**<br>Judge:  **Hon. Richard Seeborg** |

On July 27, 2011, the Court granted the motion of Plaintiff Iguaçu, Inc. ("Iguaçu") for leave to file a motion for reconsideration. [Dkt. No. 155]. In its July 27, 2011 order, the Court set a briefing schedule and a hearing date of September 1, 2011.

On August 5, 2011, the Court granted the application of Defendant Antonio Cabrera Mano Filho ("Mr. Cabrera") to extend the deadline for filing his Opposition Brief. [Dkt. No. 158]. The Court extended the deadline for filing an opposition brief to August 15, 2011. The Court simultaneously set August 22, 2011 as the deadline for Iguaçu to file a reply brief.

The Parties, by and through their counsel, now stipulate to extend the deadline for Iguaçu to file its Reply Brief, and to continue the hearing as follows:

1.  Edward Sangster, lead counsel for Mr. Cabrera, failed to notice earlier that the scheduled September 1, 2011 would occur during a vacation that has been planned for several months. While counsel recognizes that the Court may decide not to hold oral argument, he is the person who will argue the motion if the Court holds oral argument. Thus, he will need to cancel or interrupt his vacation unless the hearing is postponed.

2.  Iguaçu is willing to continue the hearing for one week, to September 8, 2011, but it desires two additional days within which to file its Reply Brief and other supporting papers.

3.  The Parties therefore stipulate that Iguaçu may have until August 24, 2011 within which to file its Reply Brief and other supporting papers, and that the date scheduled for oral argument be continued to September 8, 2011 at 1:30 p.m.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: August 22, 2011        By:   */s/ Edward P. Sangster*
                                    Edward P. Sangster
                                    ed.sangster@klgates.com
                                    Claudia A. Quiroz
                                    claudia.quiroz@klgates.com
                                    Attorneys for Defendant ANTONIO
                                    CABRERA MANO FILHO

SIDEMAN & BANCROFT, LLP

Dated: August 22, 2010          By:  */s/ Robert R. Cross*
                                     Robert R. Cross
                                     rcross@sideman.com
                                     Attorney for Plaintiff IGUAÇU, INC.

### ECF ATTESTATION

I, Edward P. Sangster, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER FOR TWO DAY EXTENSION OF DEADLINE FOR FILING REPLY BRIEF AND FOR ONE WEEK CONTINUANCE OF HEARING ON MOTION FOR RECONSIDERATION OF ISSUANCE OF RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACHMENT** has been obtained from signatory Robert R. Cross, in compliance with General Order 45, X.B.

K&L GATES LLP

Dated: August 22, 2011          By:  */s/ Edward P. Sangster*
                                     Edward P. Sangster
                                     ed.sangster@klgates.com
                                     Claudia A. Quiroz
                                     claudia.quiroz@klgates.com
                                     Attorneys for Defendant ANTONIO
                                     CABRERA MANO FILHO

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that the Iguaçu shall have until August 24, 2011 to file its Reply Brief and other supporting papers. Oral argument on this motion shall be continued to September 8, 2011, unless the parties are subsequently notified that the matter will instead be taken under submission without oral argument.

**IT IS SO ORDERED.**

Dated: August 22, 2011         By: _____
                               Honorable Richard Seeborg
                               UNITED STATES DISTRICT JUDGE