IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IGUAÇU, INC.,

        Plaintiff,

  v.

ANTONIO CABRERA MANO FILHO,

        Defendant.

No. C 09-0380 RS

**ORDER GRANTING MOTION TO SHORTEN TIME**

Defendant's unopposed motion to shorten time with respect to his motion to continue the trial date is granted. Any opposition to the underlying motion to continue the trial shall be filed no later than Tuesday, August 27, 2013. The motion will then be taken under submission without oral argument, unless otherwise ordered.

IT IS SO ORDERED.

Dated: August 23, 2013

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE