IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUAÇU, INC., | No. C 09-0380 RS |
| Plaintiff, | |
| v. | **ORDER RE DECLARATORY RELIEF CLAIMS** |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

Upon full consideration of defendant's motion for a trial continuance and the issues raised by plaintiff's declaratory relief claims, jury trial in this action shall commence as presently scheduled on September 23, 2013. No later than 3:00 p.m. on September 20, 2013, the parties shall submit revised proposed special verdict forms setting forth any interrogatories they contend should be answered by the jury as representing factual questions underlying the declaratory relief claims. In conjunction with such revised proposed verdict forms, the parties shall set forth their views as to whether plaintiff has a right to have any or all of such proposed interrogatories answered by the jury, and whether the jury's determinations will be binding or advisory when the Court adjudicates the declaratory relief claims. Nothing in this order precludes a subsequent determination that the

declaratory relief claims should be denied, in whole or in part, as not presenting an adjudicable controversy.

IT IS SO ORDERED.

Dated: 9/18/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE