IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUACU, INC., | No. C 09-00380 RS |
| Plaintiff, | **ORDER DIRECTING COURT TO FURNISH DAILY REFRESHMENTS** |
| v. | |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily refreshments for the 8 members of the jury in the above-entitled matter at the expense of the United States commencing on September 24, 25, 26, 27, 30, October 1, 2, 3, 2013. Refreshments shall be delivered to the jury room for Courtroom #3, 17th Floor by 8:00 a.m.

IT IS SO ORDERED.

Dated: 9/18/13

_____
RICHARD SEEBORG
United States District Judge