1  EDWARD P. SANGSTER (State Bar No. 121041)
   ed.sangster@klgates.com
2  MATTHEW G. BALL (State Bar No. 208881)
   matthew.ball@klgates.com
3  CLAUDIA A. QUIROZ (State Bar No. 254419)
4  claudia.quiroz@klgates.com
   K&L GATES LLP
5  4 Embarcadero Center, Suite 1200
   San Francisco, CA 94111
6  Telephone: 415.882.8200
7  Facsimile: 415.882.8220

8  Attorneys for ANTONIO CABRERA MANO FILHO

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  IGUAÇU, INC.,                           Case No. C 09-0380 RS (NMC)

14              Plaintiff,                  DEFENDANT ANTONIO CABRERA'S
                                            BENCH MEMORANDUM IN
15       v.                                 SUPPORT OF REVISED, PROPOSED
                                            VERDICT FORM
16  ANTONIO CABRERA MANO FILHO,
                                            Action filed: January 27, 2009
17              Defendant.                  Trial Date: September 23, 2013
                                            Time: 9:00 a.m.
18                                          Judge: Honorable Richard Seeborg

19

20

21

22

23

24

25

26

27

28  C 09-0380 RS (NMC)
    ANTONIO CABRERA'S BENCH MEMORANDUM IN SUPPORT OF REVISED, PROPOSED
                              VERDICT FORM

SF-293768 v1

## I. INTRODUCTION

Defendant Antonio Cabrera Mano Filho ("Mr. Cabrera") hereby submits this bench memorandum in support of his revised, proposed verdict form. Mr. Cabrera is submitting this revised, proposed verdict form to comply with the Court's September 18, 2013 order [Dkt. 319]. In light of the Court's previously expressed thoughts and leanings, including the September 18, 2013 Order itself, Mr. Cabrera in this Memorandum asserts that the jury must decide whether Iguaçu is entitled to a commission on that portion of any arbitration award in favor of Mr. Cabrera and against Archer Daniels Midland Company ("ADM") that is attributable to the value of Mr. Cabrera's interests in the joint ventures with ADM.

## II. ARGUMENT

Iguaçu's claim for commissions on the arbitration award is at base a claim for money damages, and is thus triable to the jury as any other claim for monetary damages. *Kam-Ko Bio-Pharm Trading Co., Ltd-Australasia v. Mayne Pharma*, 560 F.3d 935, 942 (2009) ("in a declaratory relief action, as in other civil actions, a party has an absolute right to a jury trial unless a jury has been waived") (emphasis and internal quotations omitted); *Fischer Imaging Corp. v. Gen'l Elec. Co.*, 187 F.3d 1165, 1168 (10th Cir. 1999) ("The Declaratory Judgment Act does not create a right to a jury trial, but merely preserves the right where one already exists"). Mr. Cabrera therefore requests that this issue be submitted to the jury, using the Special Verdict form submitted at Exhibit A to this Memorandum.

Respectfully submitted,

K&L GATES LLP

Dated: September 20, 2013    By:  */s/ Edward P. Sangster*
Edward P. Sangster
Matthew G. Ball
Claudia A. Quiroz
Attorneys for Defendant
ANTONIO CABRERA MANO FILHO

---

C 09-0380 RS (NMC)                                                    1
ANTONIO CABRERA'S BENCH MEMORANDUM IN SUPPORT OF REVISED, PROPOSED VERDICT FORM