**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IGUAÇU, INC.,

        Plaintiff,

   v.

ANTONIO CABRERA MANO FILHO,

        Defendant.
_____/

No. C 09-0380 RS

**ORDER RE OBJECTIONS TO DEPOSITION TESTIMONY OFFERED AT TRIAL**

Plaintiff's objections to 141:21-22 of the Lastra Deposition are overruled. Defendant's request that internal objections be removed from excerpts is granted. Defendant's objections to 30:22-31:2 are overruled.

Defendant's objections to 78:5-80:18 are sustained. Defendant's objections to 82:7-82:25 are sustained. Defendant's objections to 83:24-84:3 are sustained. Although the result will be an excerpt that begins in the witness's answer without the preceding question, the excerpt should begin with "Cabrera is no longer . . ." on 84:4. Defendant's objections to 85:3-85:17 are sustained. Defendant's objections to 87:16-87:24 are sustained.

Defendant's objection to 110:17-21 is overruled. Plaintiff shall respond to defendant's remaining objections to testimony on pages 117, 121, and 155 by either withdrawing the

designations, or submitting a short explanation as to where it contends sufficient foundation for the testimony may be found.

IT IS SO ORDERED.

Dated: 9/23/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE