1  EDWARD P. SANGSTER (State Bar No. 121041)
   ed.sangster@klgates.com
2  MATTHEW G. BALL (State Bar No. 208881)
   matthew.ball@klgates.com
3  CLAUDIA A. QUIROZ (State Bar No. 254419)
   claudia.quiroz@klgates.com
4  K&L GATES LLP
5  4 Embarcadero Center, Suite 1200
   San Francisco, CA  94111
6  Telephone: 415.882.8200
   Facsimile: 415.882.8220
7
8  Attorneys for ANTONIO CABRERA MANO FILHO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGUAÇU, INC., | Case No. C 09-0380 RS (NMC) |
| Plaintiff, | [PROPOSED] ORDER REQUIRING CONTINUED APPEARANCE OF DEFENDANT ANTONIO CABRERA MANO FILHO AT TRIAL |
| v. | |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | Trial Date:  September 23, 2013 |

C 09-0380 RS (NMC)
[PROPOSED] ORDER REQUIRING CONTINUED APPEARANCE OF DEFENDANT
ANTONIO CABRERA MANO FILHO AT TRIAL

On January 24, 2013, this Court ordered that the trial in this matter would commence on September 23, 2013.  [Dkt. No. 256.]  Trial commenced on September 23, 2013 as scheduled.

On Friday, September 27, 2013, Plaintiff Iguacu, Inc. ("Iguacu") called Mr. Cabrera to testify in Court.  Mr. Cabrera is scheduled to resume his testimony on Monday, September 30, 2013.

It is hereby ordered that Mr. Cabrera must appear in Court on Monday, September 30, 2013 to continue testifying until his testimony is complete.  The Court anticipates that Mr. Cabrera's appearance in Court might be required through Wednesday, October 2, 2013.

**IT IS SO ORDERED.**

Dated:  September 30, 2013        By:  _____
                                       Honorable Richard Seeborg
                                       United States District Court Judge