**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUAÇU, INC., | No. C 09-0380 RS |
|         Plaintiff, | |
|   v. | **ORDER RE FORM OF JUDGMENT** |
| ANTONIO CABRERA MANO FILHO, | |
|         Defendant. | |
| _____/ | |

Plaintiff's proposed form of judgment, and the parties' respective briefs pertaining thereto, have been received. Attorney fees, if any, will be added to an amended judgment if and when there is a determination, on timely motion, of an entitlement to such fees. No reference to such fees need be included at this juncture. See Fed. R. Civ. P 58(e), 54(d)(2).

Within three court days of this order, plaintiff shall either (1) file a revised proposed judgment addressing its third claim for relief in the manner proposed by defendant, or (2) file a short statement as to why it believes such disposition would be inappropriate. Within three court days of this order, defendant shall file a short statement either accepting the inclusion of prejudgment interest as proposed by plaintiff, or setting out why he believes that would be unwarranted.

1  IT IS SO ORDERED.

2

3  Dated: 10/22/13

4  _____
   RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28