IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IGUAÇU, INC.,

        Plaintiff,

v.

ANTONIO CABRERA MANO FILHO,

        Defendant.

No. C 09-0380 RS

**ORDER RE ENTRY OF JUDGMENT**

The parties' respective positions regarding the form of judgment having been considered, a judgment shall be entered that sets forth the damages awarded to plaintiff in this action, plus the undisputed pre-judgment interest, without reference to other matters such as the disposition of various motions, and claims on which no relief was obtained. The parties will be free to make such arguments as they believe are warranted as to the legal effect of plaintiff's failure to obtain relief on any additional pleaded claims. The judgment will also omit reference to costs and attorney fees, without prejudice to ordinary post-judgment proceedings to establish any entitlement thereto.

IT IS SO ORDERED.

Dated: 11/13/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2