IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IGUAÇU, INC.,

        Plaintiff,

  v.

ANTONIO CABRERA MANO FILHO,

        Defendant.
_____/

No. C 09-0380 RS

**JUDGMENT**

The case having been tried before a jury of eight members, the jury having returned a Special Verdict on October 3, 2013 (Dkt. #364), and the Court having issued its Order re Claims Tried to the Court, etc. on October 4, 2013 (Dkt. #367),

IT IS HEREBY ADJUDGED that Plaintiff Iguaçu, Inc., a California corporation, recover from Defendant Antonio Cabrera Mano Filho:

1. Damages in the amount of $446,355.00; and

2. Interest on said amount at the rate of ten percent (10%) per annum from December 2, 2008, to October 3, 2013 in the amount of $215,228.71 (plus the additional amount of $122.28 per day thereafter through the date of entry of this Judgment), pursuant to California Civil Code sections 3287(a) and 3289(b).

1  IT IS SO ORDERED.

2

3  Dated: 11/13/13

                        RICHARD SEEBORG
4                          UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California