```
 1  ROBERT R. CROSS (State Bar No. 56814)
    E-Mail:    rcross@fablaw.com
 2  FITZGERALD ABBOTT & BEARDSLEY LLP
    1221 Broadway, 21st Floor
 3  Oakland, CA 94612
    Telephone:  (510) 451-3300
 4
    CONSTANCE J. YU (State Bar No. 182704)
 5  E-Mail:    cyu@sideman.com
    ELLEN P. LIU (State Bar No. 280459)
 6  E-Mail:    eliu@sideman.com
    SIDEMAN & BANCROFT LLP
 7  One Embarcadero Center, Eighth Floor
    San Francisco, CA 94111-3629
 8  Telephone:  (415) 392-1960

 9  Attorneys for Plaintiff
    IGUAÇU, INC.
10
    EDWARD P. SANGSTER (State Bar No. 121041)
11  E-Mail:    ed.sangster@klgates.com
    CLAUDIA A. QUIROZ (State Bar No. 254419)
12  E-Mail:    claudia.quiroz@klgates.com
    K&L GATES LLP
13  4 Embarcadero Center, Suite 1200
    San Francisco, CA 94111
14  Telephone: 415.882.8200

15  Attorneys for Defendant
    ANTONIO CABRERA MANO FILHO
16
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IGUAÇU, INC., | CASE NO. C 09-0380 RS (NMC) |
|---|---|
| Plaintiff, | STIPULATED APPLICATION TO ADJUST DATES FOR OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS |
| v. | |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | [~~PROPOSED~~] ORDER |

Plaintiff Iguaçu, Inc. and Defendant Antonio Cabrera Mano Filho, through their attorneys of record, hereby apply for an Order adjusting the dates under Local Rule 7-3, for

---
1.
STIPULATED APPLICATION TO ADJUST DATES AND PROPOSED ORDER
CASE NO. C 09-0380 RS (NMC)

12/5/13 (28940) #543615.1

opposition to and reply in support of Plaintiff Iguaçu's Motion for Attorneys' Fees and Non-Taxable Costs (Dkt. #380; set for hearing on January 16, 2014), as follows:

    Defendant's Opposition:    January 2, 2014

    Plaintiff's Reply:    January 9, 2014

DATED: December 5, 2013    SIDEMAN & BANCROFT LLP

By: /s/ Constance J. Yu
Constance J. Yu
Attorneys for Plaintiff IGUAÇU, INC.

DATED: December 5, 2013    FITZGERALD ABBOTT & BEARDSLEY LLP

By: /s/ Robert R. Cross
Robert R. Cross
Attorneys for Plaintiff IGUAÇU, INC.

DATED: December 5, 2013    K&L GATES LLP

By: /s/Edward P. Sangster
Edward P. Sangster
Claudia A. Quiroz
Attorneys for Defendant
ANTONIO CABRERA MANO FILHO

## ~~[PROPOSED]~~ ORDER

**IT IS SO ORDERED.**

Dated: December 9, 2013    By: /s/ Richard Seeborg
Richard Seeborg
United States District Judge

---

2.
STIPULATED APPLICATION TO ADJUST DATES AND PROPOSED ORDER
CASE NO. C 09-0380 RS (NMC)

12/5/13 (28940) #543615.1