IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUAÇU, INC.,<br><br>        Plaintiff,<br>   v.<br><br>ANTONIO CABRERA MANO FILHO,<br><br>        Defendant.<br>_____/ | No. C 09-0380 RS<br><br>**ORDER DENYING REQUEST FOR "EMERGENCY" RELIEF, DIRECTING FURTHER MEET AND CONFER, AND RESETTING SCHEDULE FOR BRIEFING AND HEARING OF ATTORNEY FEE MOTION** |

      Defendant's "emergency motion for expedited briefing and hearing" is denied, and his underlying motion to motion to compel is denied without prejudice. The parties are directed to engage in further meet and confer discussions, at a minimum telephonically, but preferably face-to-face, regarding the subject matter of this dispute. The parties should bear in mind that (1) there is no bright line rule that a party seeking attorney fees must produce contemporaneous time records, or even billing invoices, (2) attorney fee motions must nevertheless be supported by adequate detail and documentation to permit meaningful opposition and analysis, and (3) the risk to a moving party of not providing sufficient support for the fee claim is that any award will be reduced accordingly, if not denied in whole. Additionally, the ability to redact privileged or work-product information from

billing records generally suffices to overcome objections on those grounds.  Submission of records for *in camera* review will ordinarily not be permitted.

These observations are general.  The adequacy of the documentation submitted by plaintiff has not been reviewed at this juncture, and nothing in this order should be read as implying that it either is or is not sufficient.

The hearing on the motion for attorney fees is continued to February 20, 2014.  The opposition brief shall be filed by January 30, 2014, and any reply one week thereafter.

IT IS SO ORDERED.

Dated:  December 30, 2013

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE