IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUAÇU, INC., | No. C 09-0380 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE** |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-3, defendant seeks a continuance of the briefing schedule and hearing date for the pending attorney fee motion brought by plaintiff. Without opining as to whether expert analysis of the billing records is necessary or likely to be of assistance to the Court, the relief requested will be granted. Defendant's opposition is due February 10, 2014. Any reply shall be filed by February 18, 2014. The hearing is continued to March 6, 2014.

IT IS SO ORDERED.

Dated: 1/27/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE