**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IGUAÇU, INC., | No. C 09-0380 RS |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| ANTONIO CABRERA MANO FILHO, | |
| Defendant. | |

The case having been tried before a jury of eight members, the jury having returned a Special Verdict on October 3, 2013 (Dkt. #364), and the Court having issued its Order re Claims Tried to the Court, etc. on October 4, 2013 (Dkt. #367), and its Order on Plaintiff's Motion for Attorney Fees and Costs this date,

IT IS HEREBY ADJUDGED that Plaintiff Iguaçu, Inc., a California corporation, recover from Defendant Antonio Cabrera Mano Filho:

1. Damages in the amount of $446,355.00;

2. Interest on said amount at the rate of ten percent (10%) per annum from December 2, 2008, to October 3, 2013 in the amount of $215,228.71 (plus the additional amount of $122.28 per

1  day thereafter through the date of entry of this Judgment), pursuant to California Civil Code sections
2  3287(a) and 3289(b), and;
3      3. The sum of $692,405.54, reflecting $677,584.50 in fees and $14,821.04 in non-taxable
4  costs.
5  IT IS SO ORDERED.

7  Dated: 7/23/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California